B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**District of Delaware**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Stant Parent Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>26-2587606 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1620 Columbia Avenue, Connersville, Indiana<br>ZIP CODE 47331 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fayette | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other
Automotive Parts Manufacturer

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to 500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to 500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

NY 239,572,812v4 7-23-09

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   Stant Parent Corp. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **N/A** | Case Number: | Date Filed: |
| Location<br>Where Filed: **N/A** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>See Attached Schedule 1 | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)         (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1).

B 1 (Official Form 1) (1/08)

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Stant Parent Corp. |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____ <br> Signature of Attorney for Debtor(s) <br><br> Scott D. Cousins (DE Bar No. 3079) <br> Printed Name of Attorney for Debtor(s) <br><br> GREENBERG TRAURIG, LLP <br> Firm Name <br><br> The Nemours Building <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Address <br><br> (302) 661-7000 <br> Telephone Number <br><br> Date July 27 2009 <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br> X _____ <br><br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br> Philip Fitzpatrick <br> Printed Name of Authorized Individual <br> Chief Financial Officer <br> Title of Authorized Individual <br><br> Date July 27 2009 | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# SCHEDULE 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that have filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, substantially contemporaneously with the filing of this petition. The Debtors have filed a motion requesting that their chapter 11 cases be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

1.      Stant Holding Corp.

2.      Stant Corporation

3.      Stant Manufacturing, Inc.

4.      Standard-Thomson Corporation

5.      Thomson International Corporation

<u>CERTIFICATE OF RESOLUTIONS</u>

The Board of Directors of Stant Parent Corp. (the "<u>Company</u>"), a Delaware corporation, hereby adopts the following resolutions, as the actions of the Board of Directors of the Company:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

RESOLVED, that each of the Company's President, Treasurer, Chief Financial Officer, Senior Vice Presidents, or Vice Presidents (each an "<u>Authorized Person</u>" and all "<u>Authorized Persons</u>") be, and hereby is, authorized, empowered and directed, in the name, and on behalf of the Company, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Case</u>") and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED, that the law firm of Greenberg Traurig, LLP is hereby engaged as restructuring counsel for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that Garden City Group, Inc. is hereby engaged as the claims and noticing agent for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that Mesirow Financial Consulting, LLC is hereby engaged as the investment banker for the Company in the Chapter 11 Case, pursuant to that certain retainer letter dated July 24, 2009, subject to any requisite bankruptcy court approval.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to engage, retain or appoint additional assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals in connection with the Chapter 11 Case.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate be, and each hereby is, authorized and empowered to negotiate for and obtain postpetition financing according to terms to be negotiated by any one or more of them, including under debtor-in-possession credit facilities or relating to the use of cash collateral or other similar arrangements, including, without limitation, to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such postpetition financing or cash collateral agreements or other similar arrangements; and in connection therewith, the officers of the Company be, and each hereby is, authorized and directed to execute appropriate loan agreements, guarantees, cash collateral agreements and related ancillary documents.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the business of the Company.

RESOLVED, that in connection with the Chapter 11 Case, each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any notes, guarantees, security agreements, other agreements, consents, certificates or instruments as such person considers necessary, appropriate, desirable, or advisable to effectuate borrowings or other financial arrangements, such determination to be evidenced by such execution or taking of such action.

RESOLVED, each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects: (i) to negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) to negotiate, execute, deliver and/or file, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified

or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) to do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby.

RESOLVED, that, any and all past actions heretofore taken by officers of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**STANT PARENT CORP.**
<u>SECRETARY'S CERTIFICATE</u>

The undersigned, Philip Fitzpatrick, Secretary of Stant Parent Corp. (the "<u>Company</u>"), a Delaware corporation, hereby certifies on behalf of the Company, as the Secretary of the Company, and not in any individual capacity as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2. Each of the following persons is a duly elected, qualified and acting Director of the Company: Roman Krislav, Lewis Schoenwetter, Judson Samuels, and Marlon J. Bailey.

3. Attached hereto is a true and complete copy of the Resolutions of the Board of Directors of the Company, duly adopted at a properly convened meeting of the Board of Directors on July 2⅟, 2009 by unanimous vote of the directors, in accordance with the bylaws of the Company, and at which time there were no vacancies on the Board of Directors of the Company.

4. Such resolutions have not been amended, altered, annulled, rescinded or revoked in any manner and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 27 th day of July, 2009.

Philip Fitzpatrick

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., *et al.*,[1] | Case No. 09-_____ ( ) |
| Debtors. | Joint Administration Pending |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## TWENTY (20) LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") each filed a petition in this Court for relief under title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"). The following is the consolidated list of the Debtors' creditors holding the twenty (20) largest unsecured claims (the "**Top 20 List of Creditors**"). The Top 20 List of Creditors is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for the filing in these chapter 11 cases (the "**Cases**"). The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Top 20 List of Creditors have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors. Unless otherwise indicated below, the Top 20 List of Creditors does not include (i) persons who come within the definition of "insider" set

---

[1] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

forth in 11 U.S.C. § 101, or (ii) secured creditors unless the value of the collateral is such that the

unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Tomkins Industries | Tomkins Industries<br>Stephen Meyers<br>1551 Wewatta Street<br>Denver, CO 80202<br>Telephone: (303) 744-4477<br>Facsimile: (303) 744-5112 | Debt and Accrued Interest | | X | X | | $ 12,555,215.35 |
| GarMark | GarMark<br>Steve Pickhardt<br>One Landmark Square, 6th Floor<br>Stamford, CT 06901<br>Telephone: (203) 325-8500<br>Facsimile: (203) 325-8522 | Accrued Dividends and Preferred Stock | | | | | $ 7,889,410.11 |
| Powertrack | Powertrack<br>Teresa Holler<br>100 East Warrenville, Suite 350<br>Naperville, IL 60563<br>Telephone: (630) 512-8160<br>Facsimile: (630) 512-8060 | Trade Debt | | X | | | $ 807,954.68 |
| NAPA - Genuine Parts Company | NAPA - Genuine Parts Company<br>John Udai<br>2999 Circulate 75 Parkway<br>Atlanta, GA 30339<br>Telephone: (770) 953-1700<br>Facsimile: (770) 956-2211 | Accrued Expense | | X | | X | $ 652,358.61 |
| Masters Machine Co | Masters Machine Co<br>Charlene Hall<br>P.O. Box 1344<br>Brattleboro, VT 05302-1344<br>Telephone: (207) 529-5191<br>Facsimile: (207) 529-5231 | Trade Debt | | | | | $ 433,651.60 |
| Ironwood Plastics, Inc. | Ironwood Plastics, Inc.<br>Tom Talaska<br>1235 Wall Street<br>Ironwood, MI 49938<br>Telephone: (906) 932-5025<br>Facsimile: (906) 932-4356 | Trade Debt | | | | | $ 314,963.34 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Jasper Rubber Products | Jasper Rubber Products<br>Judy Scott<br>1010 First Avenue<br>Jasper, IN 47546<br>Telephone: (812) 482-3242 x 228<br>Facsimile: (812) 482-0850 | Trade Debt | | | | | $ 307,474.01 |
| NSTAR | NSTAR<br>Kayla Meville<br>One NSTAR Way<br>Westwood, MA 02090<br>Telephone: (800) 592-2000<br>Facsimile: (617) 424-2421 | Trade Debt | | | X | | $ 256,826.36 |
| Advance Auto Parts, Inc. | Advance Auto Parts, Inc.<br>Kevin Fabinak<br>5008 Airport Road<br>Roanoke, VA 24012<br>Telephone: (877) 238-2623<br>Facsimile: (540) 561-1699 | Accrued Expense | X | | | X | $ 235,000.00 |
| Freudenberg NOK | Freudenberg NOK<br>Ruth Frank<br>487 West Main Street<br>Morristown, IN 48170<br>Telephone: (603) 744-2281<br>Facsimile: (706) 812-7870 | Trade Debt | | | | | $ 218,923.20 |
| Fraen Machining Corporation | Fraen Machining Corporation<br>Manuela Veiga<br>324 New Boston Street<br>Woburn, MA 01801<br>Telephone: (781) 205-5454<br>Facsimile: (781) 205-5472 | Trade Debt | | | | | $ 215,830.80 |
| Rolled Metal Products | Rolled Metal Products<br>June Harris<br>P.O. Box 1657<br>Zachary, LA 70791<br>Telephone: (800) 638-3544<br>Facsimile: (215) 244-7789 | Trade Debt | | | | | $ 195,182.09 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Quality Mold Shop, Inc. | Quality Mold Shop, Inc. Jerry Wallace 4247 Smithville Hwy McMinnville, TN 37110 Telephone: (931) 668-3876 Facsimile: (931) 668-3877 | Trade Debt | | | | | $ 179,142.00 |
| E. I. Dupont De Nemours & Company | E. I. Dupont De Nemours & Company Kathy Stearrett P.O. Box 2285 Carol Stream, IL 60132-2285 Telephone: (302) 892-7007 Facsimile: (302) 992-2987 | Trade Debt | | | | | $ 175,844.48 |
| JD Norman Industries | JD Norman Industries Sophie Wanamaker 3323 West Addison Street Chicago, IL 60618 Telephone: (800) 373-8109 Facsimile: (630) 972-1717 | Trade Debt | | | | | $ 171,199.40 |
| Copper & Brass Sales | Copper & Brass Sales Kurt Hochstuhl P.O. Box 77040 Detroit, MI 48277 Telephone: (810) 771-6400 Facsimile: (810) 771-4880 | Trade Debt | | | | | $ 158,105.03 |
| Jackson Spring & Mfg. Co. | Jackson Spring & Mfg. Co. Lisa Gray 299 Bond Street Elk Grove Village, IL 60007 Telephone: (847) 952-8850 Facsimile: (847) 952-9234 | Trade Debt | | | | | $ 153,340.46 |
| Olin Brass | Olin Brass Kathy Stearrett 15582 Collections Center Drive Chicago, IL 60693 Telephone: (618) 258-5471 Facsimile: (618) 258-5974 | Trade Debt | | | | | $ 145,304.75 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Quality Synthetic Rubber | Quality Synthetic Rubber Jennifer Petro P.O. Box 641605 Cincinnati, OH 45264-1605 Telephone: (330) 425-8472 Facsimile: (330) 425-7976 | Trade Debt | | | | | $ 134,305.58 |
| Prospect Machine Products | Prospect Machine Products Angela Dillon P.O. Box 7022 Prospect, CT 06712 Telephone: (203) 758-4448 Facsimile: (203) 758-5736 | Trade Debt | | | | | $ 124,831.32 |

Above balances are as of approximately July 24, 2009.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., *et al.*,[1] | Case No. 09-_____ (   ) |
| Debtors. | (Joint Administration Pending) |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF
## CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors-in-possession (the **"Debtors"**) hereby certify under penalty of perjury that the *Consolidated List of Creditors Holding the 20 Largest Unsecured Claims Against the Debtors* (the **"Consolidated Top 20 List"**), submitted herewith, is complete and to the best of the Debtors' knowledge is correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Consolidated Top 20 List have been completed. Therefore, the listing does not and should not be deemed to constitute: (i) waiver of any defense to any listed claims; (ii) an acknowledgement of the allowability of any listed claims; and/or (iii) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of July 2009.

Philip Fitzpatrick
Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., | Case No. 09-_____ ( ) |
| Debtor. | |

## LIST OF EQUITY HOLDERS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Following is the list of the Debtor's equity security holders, which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure.

| Equity Holder | Address | Number of Shares Held |
|---|---|---|
| H.I.G. Stant IV, LLC | 1000 Brickell Bay Drive, 27th Floor Miami, FL 33131 | 634,190 common shares |
| GarMark Partners II, L.P. | One Landmark Square, 6th Floor Stamford, CT 06901 | 86,250 common shares |
| Northstar Mezzanine Partners V, L.P. | 45 South Seventh Street Minneapolis, MN 55402 | 76,962 common shares |
| Stant Partners LTD | 1000 Brickell Bay Drive, 27th Floor Miami, FL 33131 | 56,709 common shares |
| Vapour Investors, LLC | 1000 Brickell Bay Drive, 27th Floor Miami, FL 33131 | 54,008 common shares |
| K&E Investment Partners, L.P. 2006 DIF | 200 E. Randolph Dr., Chicago, IL 60601 | 5,401 common shares |
| Marlon Bailey | 1620 Columbia Avenue, Connersville, IN 47331 | 3,376 common shares |
| Gary Sockolosky | 1620 Columbia Avenue, Connersville, IN 47331 | 1,080 common shares |
| Mark Smith | 1620 Columbia Avenue, Connersville, IN 47331 | 540 common shares |
| Allen Chamberlain | 1620 Columbia Avenue, Connersville, IN 47331 | 270 common shares |
| Greg Brown | 1620 Columbia Avenue, Connersville, IN 47331 | 270 common shares |
| Georgetta Miller | 1620 Columbia Avenue, Connersville, IN 47331 | 270 common shares |
| David Mechanic | 1620 Columbia Avenue, Connersville, IN 47331 | 270 common shares |
| David Young | 1620 Columbia Avenue, Connersville, IN 47331 | 270 common shares |

| Brian Childers | 1620 Columbia Avenue, Connersville, IN 47331 | 135 common shares |
|---|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

STANT PARENT CORP.,

Debtor.

Chapter 11

Case No. 09-_____ (   )

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

Stant Parent Corp., a debtor and debtor in possession (the "**Debtor**") in the above captioned case, hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the List of Equity Security Holders of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Connersville, Indiana
       July 27, 2009

_____
Philip Fitzpatrick
Chief Financial Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., | Case No. 09-_____ ( ) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| H.I.G. Stant IV, LLC | 70% of common shares |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Stant Parent Corp., the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated:    Connersville, Indiana
          July 27, 2009

_____
Philip Fitzpatrick
Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., *et al.*,[1] | Case No. 09-_____ ( ) |
| Debtors. | (Joint Administration Pending) |

## CERTIFICATION CONCERNING
## CONSOLIDATED CREDITOR MATRIX

The above-captioned debtors and debtors-in-possession (the **"Debtors"**) hereby certify under penalty of perjury that the *Consolidated Creditor Matrix* submitted herewith, pursuant to Local Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtors' knowledge correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: (i) a waiver of any defense to any listed claims; (ii) an acknowledgement of the allowability of any listed claims; and/or (iii) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _July 27_, 2009

Philip Fitzpatrick
Chief Financial Officer

2