IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., *et al.*,[1] | Case No. 09-12647 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 15 |

### NOTICE OF BID DEADLINE, AUCTION, AND SALE HEARING IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS ASSETS

NOTICE IS HEREBY GIVEN, as follows:

1. On July 27, 2009, the above-captioned debtors and debtors in possession (the **"Debtors"**) filed a motion seeking approval of among other things (i) bid procedures (the **"Bid Procedures"**) and bid protections in connection with the sale of substantially all of the Debtors' assets (the **"Acquired Assets"**); (ii) procedures to determine cure amounts and deadlines for objections to certain contracts and leases to be assumed and assigned by the Debtors; and (iii) related relief (the **"Bid Procedures Motion"**) with the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**). By order dated August 17, 2009, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion (the **"Bid Procedures Order"**).

2. The Debtors have entered into an asset purchase agreement (the **"Agreement"**) with Vapor Acquisition Corp. (the **"Stalking Horse Bidder"**) for the sale of the assets free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon to the maximum extent permitted by section 363 of the Bankruptcy Code, but as set forth in the Bid Procedures, the sale of the Acquired Assets remains subject to competing offers from any prospective bidder that submits a Qualified Bid (as defined in the Bid Procedures attached to the Bid Procedures Order).

3. All interested parties are invited to submit a Qualified Bid and to make offers to purchase the Acquired Assets in accordance with the terms of the Bid Procedures and the Bid Procedures Order, copies of which are included herewith. The deadline to submit bids (the **"Bid Deadline"**) is September 3, 2009 at 12:00 p.m. (prevailing Eastern time).

4. Pursuant to the Bid Procedures Order, the Debtors may conduct an auction (the **"Auction"**) for the sale of the Acquired Assets at the offices of Greenberg Traurig, LLP,

---

[1] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

200 Park Avenue, New York, New York 10166, on September 14, 2009 at 9:00 a.m. (prevailing Eastern time), or at such other place and time as the Debtors shall notify all parties that submitted Qualified Bids.

5. At a hearing on September 15, 2009 at 3:00 p.m. (prevailing Eastern time) or such other time as the Bankruptcy Court shall determine (the **"Sale Hearing"**), the Debtors intend to seek the Bankruptcy Court's approval of the sale of the Acquired Assets to the Stalking Horse Bidder pursuant to the terms of the Agreement, or to a bidder submitting the highest, best or otherwise financially superior offer at the Auction (the **"Successful Bidder"**). In determining the successful Bidder, the Debtors will consider, among other factors, the assumption of liabilities, including liabilities under defined benefit pension plans, contemplated by each Qualified Bid. The Sale Hearing will be held before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

6. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of these chapter 11 cases. Objections, if any, to the sale of the Acquired Assets pursuant to the terms of the agreement reached between the Debtors and the Stalking Horse Bidder or Successful Bidder shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the District of Delaware, shall set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtors' estate or properties, the basis for the objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court and be served upon: (i) counsel for the Debtors, Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166 (Attn: Nancy A. Mitchell, Esq.) and Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Scott D. Cousins, Esq.); (ii) counsel to the Stalking Horse Bidder, Landis, Rath & Cobb, LLP, 919 N. Market Street, Suite 1800, Wilmington, DE 19899 (Attn: William E. Chipman, Jr., Esq.); (iii) counsel to GMAC Commercial Finance, LLC, Vedder Price, P.C., 222 N. LaSalle Street, Suite 2600, Chicago, IL 60601-1003 (Attn: Michael Eidelman, Esq. and Stephanie Hor-Chen, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors appointed in these Chapter 11 cases, Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07069 (Attn: Sharon Levine, Esq. and S. Jason Teele, Esq.); and (v), counsel to the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: David L. Buchbinder), not later than 4:00 p.m. (prevailing Eastern time) on September 10, 2009.

7. Requests for a copy of the Agreement or for any other information concerning the sale of the Acquired Assets should be directed by written request to Debtors' counsel.

Dated: August 18, 2009

GREENBERG TRAURIG, LLP

*/s/ Scott D. Cousins*

Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
    selzers@gtlaw.com

-and-

Nancy A. Mitchell
Alan J. Brody
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
    brodya@gtlaw.com

Counsel for the Debtors
and Debtors-in-Possession