# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., *et al.*,[1] | Case No. 09-12647 (BLS) |
| Debtors. | (Jointly Administered)<br>**Re: Docket Nos. 15 & 111** |

## CERTIFICATION OF COUNSEL REGARDING ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF THE DEBTORS' ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS, (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (III) AUTHORIZING THE ASSUMPTION AND SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (IV) GRANTING RELATED RELIEF

The undersigned hereby certifies that:

1. On July 27, 2009, the Debtors filed the *Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 15] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") with a proposed form of order attached thereto.

---

[1] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

2. On August 17, 2009, the Court entered the *Order (A) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (B) Scheduling a Hearing to Consider the Sale; (C) Approving the Form and Manner of Notice of Sale by Auction; (D) Establishing Procedures for Noticing and Determining Cure Amounts; and (E) Granting Related Relief* [Docket No. 111].

3. Objections to the Motion were due to be filed by September 10, 2009.

4. On September 10, 2009, Tomkins Corporation ("**Tomkins**") filed its *Response and Objection of Tomkins Corporation to Notice of Debtors' Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing Cure Amounts* [Docket No. 169. On the same date, Tomkins filed its *Limited Objection of Tomkins Corporation to Motion of the Debtors for Approval of Asset Purchase Agreement and Authority to Sell Assets Free and Clear of All Liens, Claims, Encumbrances and Interests* [Docket No. 170].

5. On September 11, 2009, the Debtors filed their *Notice of Proposed Order Regarding the Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 185] with a proposed form of order attached thereto (the "**Proposed Order**").

6. On September 15, 2009, the Court conducted a hearing (the "**Sale Hearing**") on the Proposed Order.

2

7.  A clean version of the revised Proposed Order and attached exhibit incorporating agreed upon language of the Debtors and Tomkins as well as suggested revisions received from the parties is attached hereto as **Exhibit 1** (the "**Revised Proposed Order**"). A copy of the blackline of the Revised Proposed Order reflecting the changes agreed to by the parties compared against the Proposed Order is attached hereto as **Exhibit 2**. The Revised Proposed Order has been circulated among the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors, counsel for Tomkins, counsel for GMAC and counsel for the Debtors. The Debtors respectfully request that the Court enter the Revised Proposed Order at the earliest convenience of the Court.

8.  Counsel is available, should the Court have any questions or concerns with respect to the foregoing.

Dated: September 18, 2009

GREENBERG TRAURIG, LLP

_____
Scott D. Cousins (DE Bar No. 3079)
Sandra G. M. Selzer (DE Bar No. 4283)
T. Max Riffin (DE Bar No. 5225)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
       selzers@gtlaw.com
       riffinm@gtlaw.com

-and-

Nancy A. Mitchell
Alan J. Brody
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
      brodya@gtlaw.com

*Counsel for Debtors and Debtors in Possession*