# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., *et al.*,[1] | Case No. 09-12647 (BLS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 305 |

## ORDER GRANTING DEBTORS' MOTION TO EXTEND THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

This matter having come before the Court on the motion (the "**Motion**")[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**"), for entry of an order pursuant to 11 U.S.C. § 1121(d) extending the exclusive period to solicit acceptances of the chapter 11 plan; the Court having reviewed the Motion; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having determined that due and adequate notice of the Motion has been given as set forth in the Motion and such notice is adequate and no other or further notice need be given; the Court having determined that the legal and factual basis set forth in the Motion and at any hearing thereon establish just cause for the relief granted herein; the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

1. The Motion is GRANTED.

2. The Debtors' exclusive period within which to file a plan of reorganization is hereby extended to and including January 25, 2010.

3. The Debtors' exclusive period within which to solicit acceptances to its plan of reorganization is hereby extended to and including March 26, 2010.

4. This Order shall be without prejudice to the Debtors' rights to seek further extensions of such exclusivity periods pursuant to 11 U.S.C. § 1121(d)(1) and without prejudice to the rights of any party in interest to seek to terminate or be heard in connection with any request to terminate.

5. This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: December 8, 2009

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE